THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH ANGUS FALU, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 08-0059-WS-C |
| JOHN E. POTTER, | : |
| Defendant. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's motion to proceed *in forma pauperis* on appeal be and is hereby DENIED.

DONE this 30th day of July, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE